Case: 2:18-mj-00023-CMV Doc #: 5 Filed: 01/18/18 Page: 1 of 6 PAGEID #: 11
Case: 2:18-mj-00023 Doc #: 1 Filed: 01/17/18 Page: 1 of 6 PAGEID #: 1

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>William G. WEEKLEY<br>133 S. 3rd Street<br>Newark, OH 45055<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:18-mj-23<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____1/09-17/2018_____ in the county of _____Licking County_____ in the _____Southern_____ District of _____Ohio_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251 | Production of child pornography: use of a minor engaged in sexually explicit conduct for the purpose of producing a visual depiction of such conduct |
| 18 U.S.C. 2252 and 2252A | Possession, distribution, and/or receipt of child pornography |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Larry J. McCoy, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-17-18

_____
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**In the Matter of the Criminal Complaint:**

**United States of America**
    **v.**

**William G. WEEKLEY**
**133 S. 3rd Street**
**Newark, OH 45055**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Larry J. McCoy, a Task Force Officer with the Federal Bureau of Investigation ("FBI"), Columbus Resident Agency, being first duly sworn, hereby depose and state as follows:

1. I, TFO Larry J. McCoy (your affiant), make this affidavit in support of a criminal complaint to arrest for a violations of 18 U.S.C. § 2251(a) – Production of Child Pornography, and 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that William G. WEEKLEY committed the violations listed above.

2. I am a Task Force Officer with the Federal Bureau of Investigation (FBI) assigned to the Cincinnati Division and I have been since February 2017. I am a Special Agent with the Ohio Bureau of Criminal Identification and Investigation (BCI), and am currently assigned the Ohio BCI Crimes Against Children Unit, and assigned to the FBI Child Exploitation Task Force, investigating matters involving the online exploitation of children and child pornography. I have been in law enforcement for more than 22 years, and have made arrests and have executed search warrants pertaining to these types of investigations.

3. During my career as a Law Enforcement Officer, I have participated in numerous investigations involving computer-related offenses and crimes against children. I have received both formal and informal training in the detection and investigation of computer-related offenses

involving children. As part of my duties as a Task Force Officer, I investigate criminal child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252(a) and 2252A. As a Task Force Officer, I am authorized to investigate violations of the laws of the United States.

4. As part of his duties as an Investigator with BCI and FBI TFO, your Affiant initiated an undercover investigation to find and apprehend individuals seeking to exploit children online. On January 9, 2018, posing as a recently divorced father, your affiant posted an online ad on a classifieds website looking to chat with others regarding "taboo stuff". The title of the ad was "Taboo Dad chat". Your affiant did not indicate any particular taboos of interest in this ad.

5. On this same day, your affiant received a reply email to the ad via the online network of the classifieds website. Though no actual email address was visible, the name "William Weekley" was associated with the email response.[1] In his email, Weekley suggested that your affiant contact him on the "Wickr" app and provided his Wickr handle/username as "funforfun83". In this email, Weekley indicated that he was a dad, and "likes perv and kinky wierd things". Your Affiant used the Wickr app to contact Weekley, and, over the course of the next several days, engaged in conversation with him regarding his sexual interests.

6. At the beginning of the Wickr conversations, Weekley stated he had just started using Wickr "a few days ago it deletes everything no Trace of the conversation antwherr". Weekley said to your affiant, "you said you like young this way we can talk an there wont be anything anywhere". Your affiant had not previously mentioned a sexual interest in minors, but continued the conversation asking if Weekley had such an interest. Weekley responded, "Yeah ten eleven around that age". As the conversation regarding children continued, Weekley stated he had a boy who was twelve and three girls who were six, eight and eleven. Weekley described that he had had sex with ▓▓▓▓ saying, "▓▓▓▓ it started when ▓▓▓ left for the weekend I got drunk I passed out in bed next thing I know she is sucking me off we have kissed I have licked her pussy and ass sucked her toes". Weekley said he told ▓▓▓▓ that if she told anyone he would go to jail and ▓▓▓▓▓▓ he also said that she "likes it" referring to

---

[1] The classifieds website anonymized email addresses so that a person responding to an online ad cannot see the e-mail address of the person who posted the ad, and the person who posted the ad cannot see the e-mail address of the person who is responding. However, your affiant observed that in the online exchange with "William Weekley" both the Weekley name and your affiant's undercover name were visible.

2



their sexual relationship. As the conversations progressed over the following days, your affiant again expressed interest in engaging in sexual activity with ▅▅▅▅▅▅▅▅. Weekley provided tips and guidance to your affiant regarding how to get your ▅▅▅▅▅▅ to engage in sexual activity and specified various acts that he engaged in with ▅▅▅▅▅▅▅▅ stating that ▅▅▅▅ had "peed" on him and had "licked his ass". Weekley reiterated that "she likes it", and when asked how often he engaged in sexual activity with ▅ ▅▅▅ state, "have to wait for ▅▅▅▅▅▅▅▅▅▅ months probably like three times but when ▅▅▅▅▅▅▅ sometimes she will want to jack me off for a min or suck it".

7. During an ensuing conversation on January 11, 2018, in which Weekley described having ▅▅▅▅ perform oral sex on him, your affiant stated "I would like to see that". A short time later, Weekley sent your Affiant a photo of a white female, approximately ten to eleven years old, performing fellatio on a white male. The photo had portions of it blacked out so that parts of the background could not be identified and the girl's face was also partially blacked out. However, the girl was clearly under the age of eighteen. The two appeared to be on a bed with a green textured bedspread. Your Affiant asked Weekley if that was ▅▅▅▅▅ and he stated it was.

8. Between January 12 and 17, 2018, your Affiant and Weekley engaged in further conversations, during which Weekley sent your affiant numerous additional photographs. On January 12, 2018, Weekley sent your affiant a nude photo of a white female approximately ten or eleven years old lying on a bed. Her legs were open, and her nude vagina was clearly visible. No portion of this photo was blacked out, and the girl appeared very similar to the girl in the first photo Weekley sent. Additionally, on the bed was a green textured bed spread which looked to be the same bed spread as in the first photo. Also in this photo, the walls around the bed were a lighter colored wood paneling. On January 15, 2018, Weekley sent your affiant additional photos of this same girl in lingerie, and additional photos of the girl preforming fellatio on a white male. In one of these additional photos, the girl had on ▅▅▅▅▅▅▅▅▅▅▅▅▅▅. On this same day, Weekley also sent photos of what appeared to be the same girl preforming fellatio on a black dog and the dog licking her vagina. The same paneling and bedspread were in the photos.

9. On January 10, 2018, your Affiant was able to find via online databases a William G. Weekley (DOB: 12/12/1983) in Newark, Ohio. His birthdate being 1983 was the same as the

3

"83" in the "funforfun83" Wickr handle used, and your Affiant knows that birthdate references are commonly used in online handles.

10. During these conversations, Weekley continued to provide your affiant with tips and advice on how your affiant could engage in sexually activity with ▇▇▇▇▇. Weekley suggested that your affiant attempt to photograph any such activity, which according to Weekley would be "for you to look at later to remember." When Weekley later sent the photos of ▇▇▇▇▇ engaged in the sexual activity described above, he suggested that your affiant show the photos to ▇▇▇▇▇ so that ▇▇▇▇▇ would feel more comfortable about engaging in such activity.

11. In Wickr conversations that continued on January 16 and 17, Weekley identified himself as "Will" and stated he was from Newark. Additionally, Weekley continued to discuss his sexual desires regarding ▇▇▇▇▇. He stated he would "like to see ▇▇▇▇▇ cover in cum an like seeing her make out with a guy and sucking them eat there ass and seeing her pussy and ass eatin". Later in this conversation Weekley said "I love to share her I just have to trust the right person". Your affiant then asked if he was serious about sharing ▇▇▇▇▇, and Weekley replied he was "but it wouldn't be right away".

12. On January 11, 2018, an administrative subpoena with an emergency disclosure request was issued to the online classifieds website that your affiant used to post the original ad. In response the classified website the email used to contact your Affiant was "williamweekley1212@gmail.com".

13. On January 12, 2018, a subpoena was issued to Google for information on the "williamweekley1212@gmail.com" email address. Google did not provide a current IP address, but did provide an alternate email address, "zargon51@yahoo.com". This email address was searched through an online database and found to return to the Facebook Account under the name William G. Weekley (Facebook ID – William.weekley). This Facebook account contained photos of a white male who is believed to be William Weekley.

14. The Facebook account of William Weekley and the account he linked to ▇▇▇▇▇ and another account for the same ▇▇▇▇▇ were viewed. A family photo was found from October 2016, in which the couple had a boy and three girls all of whom appeared to be the approximate age Weekley identified in his conversations with your Affiant.

4

In addition, a photo was found on an account for ▇ n which there was wood paneling behind her that was similar to the paneling in the nude photo sent to your Affiant.

15. Your Affiant viewed additional Facebook photos of ▇ nd William Weekley. The ▇ Additionally, on William Weekley's Facebook page, photos of a black dog were found that appeared to be the same dog in the photos with the girl sent by Weekley.

16. On January 16, 2018, TFO Brett Peachey, went to ▇ Newark, Ohio and saw a dark colored minivan with the Ohio License Plate – ▇ This license plate was viewed in an Ohio Law Enforcement database, and returned to ▇ at ▇ Newark, Ohio 43055. This ▇ is the same woman in the Facebook photos with William Weekley.

17. On January 16, 2018, your Affiant contacted the Newark Police Department Detective Division, and they were able to contact ▇ . ▇ listed the four children in the ▇ Weekley home as having the address of ▇ Newark, Ohio ▇

Larry J. McCoy
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this 17 day of January, 2018.

Chelsey M. Vascura
United States Magistrate Judge
United States District Court for the Southern District of Ohio

5